UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A.R. HITLER,<br>aka CARL RENOWITZKY,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant. | Case No. 18-cv-05116-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not complied with this Court's order to file an application to proceed *in forma pauperis* ("IFP"). Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to comply with the Court's order and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any motion to reopen must be accompanied by a properly completed IFP application.

If plaintiff chooses to move to reopen the case, he is advised that he must state legally recognizable claims against any named defendant, alleging a plausible basis for suing them. The existing complaint is wholly deficient in that respect.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 25, 2018

WILLIAM H. ORRICK
United States District Judge

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/25/2018, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Carl A.R. Hitler ID: 226721
aka Carl Renowitzky
Marin County Jail
3501 Civic Center Drive
San Rafael, CA 94903

Dated: 10/25/2018

Susan Y. Soong
Clerk, United States District Court

By: _____
Jean Davis, Deputy Clerk to the
Honorable WILLIAM H. ORRICK